FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2013 AUG 27  PM 2: 03

CLERK
AT BALTIMORE

BY_____ DEPUTY

IRS _____

_____

*

*

*

*(Full name and address of the plaintiff)*
~~Plaintiff(s)~~ *(crossed out, replaced with)* DEFENDANT

vs.                                    *

Nicole Wist

194 Marion Road                        *

Westminster MD

21157                                  *

JFM 13 CV 2497

Civil No.:_____
*(Leave blank. To be filled in by Court.)*

_____

*(Full name and address of the defendant(s))*
~~Defendant(s)~~ *(crossed out, replaced with)* PLAINTIFFS

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) Not a responsible party in case. Please see attached letter.

2. The facts of this case are:

I work for a company called Dunn's Floor Covering located in Jessup, MD. The company has not paid their withholding taxes in full for periods listed on summons. I am not an owner or officer of the company. My duties are to file returns + schedule payments when due. I have no responsibility regarding how the funds deposited into the account for Dunn's Floor Covering are used. I respectfully request that you quash my summons for financial records.

Thank you,
Nicole West

3.   The relief I want the court to order is:

☐   Damages in the amount of: _____

☐   An injunction ordering: _____

☒   Other (explain) __Decision to quash Summons as requested.__

__8/27/13__
(Date)

__Nicole M. Wist__
(Signature)

__Nicole M. Wist__
__194 Marion Road__
__Westminster MD 21157__
__410-299-5764__
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.