# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NICOLE WIST | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-13-2497 |
| | * | |
| IRS | * | |
| | ****** | |

## **MEMORANDUM**

Nicole Wist has filed a petition to quash IRS summons.

Wist contends that she is not a responsible party in the case and that the summons issued by the Internal Revenue Service to the First Virginia Community Bank should therefore be canceled. That does not provide a proper basis for quashing the subpoena. If the IRS subsequently seeks to assert a claim against Wist, she may, of course, raise as a defense the fact that she is not responsible for the withholding taxes that apparently were not paid.

A separate order dismissing this action is being entered herewith.


Date: November 15, 2013     ___/s/_____
                                            J. Frederick Motz
                                            United States District Judge